AO91 (Rev. 8/01) Criminal Complaint

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

~~United States Magistrate Court~~
S.D. of TX
FILED
SEP 28 2015
David J. Bradley, Clerk

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| V. | |
| Jasmin Yvette ESQUIVEL<br>Laredo, TX<br>US | Case Number: 5:15mj1423-1<br>-2 |
| Ashley Nicole MEDINA | |
| (Name and Address of Defendant) | |

Handwritten: -1 C/A a Hrs / $75 F C/s   -2 $75 F C/s   + PE 10.9.15 10AM

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **September 25, 2015** in **Webb** County, in the **Southern** District of **Texas** Jasmin Yvette ESQUIVEL and Ashley Nicole MEDINA defendant(s), a citizen of the United States and United States, did unlawfully transport two(2) undocumented alien(s) within the Southern District of Texas knowing or in reckless disregard of the fact that said alien(s) had come to, entered, or remained in the United States in violation of law, and transported or moved said alien(s) within the United States by means of motor vehicle or otherwise, in furtherance of such violation of law;

in violation of Title(s) **8** United States Code, Section(s) **1324**
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: Based on statements of the accused and records of the U.S. Department of Homeland Security.

Continued on Affidavit

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

/S/
Signature of Complainant

Ahuitzotl Trinidad
Printed Name of Complainant

Sworn to before me and signed in my presence,

September 28, 2015                                at     Laredo, Texas
Date                                                     City and State

Diana Song Quiroga       , U.S. Magistrate Judge          Diana Song Quiroga
Name and Title of Judicial Officer                        Signature of Judicial Officer

## AFFIDAVIT
In support of Criminal Complaint

UNITED STATES OF AMERICA
V.

Jasmin Yvette ESQUIVEL, Ashley Nicole MEDINA

CRIMINAL COMPLAINT

Case Number: 5:15mj1423

On Friday, September, 25 2015, I BPA was assigned to perform transport duties within the Laredo South station area of operations. BPA was advised dispatch that Webb County Sheriff Office(WCSO) encountered a 2000 Chevrolet Impala travelling north on Highway 83 and Cielito Lindo Road. Webb County Sheriff advised KAK 940 they pulled over a vehicle for following another vehicle too closely and a broken windshield. He requested assistance of U.S. Border Patrol Agents for an immigration check on four passengers in the vehicle; Ashley Nicole Medina and Jasmin Yvette Esquivel identified themselves as United States Citizens and the remaining two subjects admitted to being citizens and nationals of Mexico with no legal right to enter or remain in the United States. The subjects were identified as follows: Garcia-Cruz, Laura and Cruz-Perez, Anayeli indicated they crossed the Rio Grande River near McAllen, Texas in Hidalgo County on 08/19/2015. All subjects and vehicle were turned over to me and subjects were taken to the Laredo South Border Patrol Station for further investigation. HSI Special Agent was contacted, and he deferred the case to LRT Prosecutions to be presented for prosecution.

PRINCIPAL STATEMENT: Ashley Nicole MEDINA
BPA read Medina her Miranda rights which she understood and acknowledged. MEDINA agreed to provide a sworn statement. MEDINA freely stated she accompanied her friend, Jasmin Yvette ESQUIVEL, to McAllen, Texas where she was going to see her aunt and cousin. Although she was going to see her aunt, she was aware they were going to pick up illegal aliens. MEDINA said a person name "Pancho" contacted Jasmin Yvette ESQUIVEL to arrange where they would pick up the illegal aliens. She was not offered any money or had knowledge of how much Jasmin Yvette ESQUIVEL was being paid. Medina stated they drove ESQUIVEL'S vehicle to the Stripes convenient store in McAllen, Texas and picked up two females who were present illegally. While in route to Laredo, Texas, a Webb County Sheriff's Deputy pulled them over. Her friend, ESQUIVEL was cited by Webb County Sheriff's Deputies for following another vehicle to closely and a broken windshield then taken into custody by Border Patrol Agents.

RECORDS CHECKS: Ashely Nicole Medina
Records checks on Ashley Nicole Medina revealed no immigration history however has prior arrests for:
1. Transporting Aliens, (09/18/2015): US Border Patrol Check Point C-29.

PRINCIPAL STATEMENT:
BPA read Jasmin Yvette ESQUIVEL her rights which she acknowledged and understood her rights. ESQUIVEL declined to make any statements or answer questions without a lawyer present, at that time all further questioning and investigation was stopped.

RECORD CHECKS:
Record checks on Jasmin Yvette ESQUIVEL revealed no immigration history but has a prior arrest for:
1. Transporting Aliens, (09/18/2015): US Border Patrol Check Point C-29.

MATERIAL WITNESS STATEMENT: Laura GARCIA-Cruz
GARCIA-Cruz said her aunt named Jenifer, who lives in the state of New York, arranged for her to be smuggled over to McAllen, Texas through Reynosa, Mexico. Once she crossed the river she was picked up by a female and was transported to the female driver's home where she stayed for about two months. On (09/25/2015) she was dropped off at the McAllen, Texas mall by the same female where she waited to be picked up. GARCIA-Cruz was told a white car with a white deer decal on the rear window would pick her up. Later a white car with two females inside pulled up to pick her up. The driver, later identified as Jasmin Yvette ESQUIVEL, waived her to get in the car and they drove to Laredo, Texas.

Subject was presented was presented with a six person lineup and she was able to identify Jasmin Yvette ESQUIVEL as the driver and Ashely Nicole Medina as the passenger in the vehicle.

MATERIAL WITNESS STATEMENT: Anayeli CRUZ-Perez
In her statement she said a friend named "Victor Manuel" who lives in the state of Louisiana arranged to smuggle her to McAllen, Texas through Reynosa, Mexico. After she crossed the river she walked for about seven hours with a group of other subjects until she was picked up by a female. They drove to the female driver's house where she stayed for about 1 month, until she made contact with her niece, Laura GARCIA-Cruz, who was also staying in McAllen, Texas. She got an address and another female picked her up and took her to the home where her niece was staying. CRUZ-Perez stayed at the house for about a month afterwards until today (09/25/2015) when a female knocked on the door of the house and identified herself as "Jasmin" who asked, "Are you ready to go?" She stated that "Jasmin" and another female had picked up her niece who was at the mall and already waiting in the white car when they left. She said that they were on their way to Laredo, Texas when they were pulled over by the sheriff. Subject was presented was presented with a six person lineup and she was able to identify Jasmin Yvette ESQUIVEL as the driver and Ashely Nicole Medina as the passenger in the vehicle.

SUBSCRIBED and SWORN to before me this ____25th____ day of ____September, 2015____.

_____           _____
Signature of Judicial Officer                   Signature of Complaint